*In re* ELÍAS ARROYO RIVERA.

*Número:* TS-12938          *Resuelto:* 15 de diciembre de 2005

*José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados; *Israel Pacheco Acevedo*, secretario ejecutivo del Fondo de Fianza Notarial del Colegio de Abogados; *Elías Arroyo Rivera*, peticionario.

## RESOLUCIÓN

Acogido el escrito de Elías Arroyo Rivera como una moción de reconsideración, y habiendo comparecido el Colegio de Abogados para informar que el 6 de diciembre de 2005 Arroyo Rivera cumplió con el pago de sus cuotas atrasadas,

se accede a la solicitud y se ordena su reinstalación únicamente al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rivera Pérez no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*